IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSHUA ARLINGTON BARLOW, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-27(HL) |
| | * |
| WARDEN BOBITT, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated May 24, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of May, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk